646

*sistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.

No. 366. ISLAND PETROLEUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Paul F. Myers, John R. Yates,* and *J. Kemp Bartlett* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Morton K. Rothschild* for respondent.

No. 367. DIETRICH *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Neil P. Cullom* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, J. Frank Staley,* and *Wm. H. Riley, Jr.,* for respondent.

No. 368. CHESAPEAKE & OHIO RY. CO. *v.* WOOD, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James P. Wood* and *David H. Leake* for petitioner. *Mr. R. B. Newcomb* for respondent.

No. 369. COTTON, TRUSTEE IN BANKRUPTCY, *v.* BENNETT. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.